UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.C.,<br><br>   Plaintiff,<br><br> v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>   Defendants. | Case No. 25-cv-08720-JCS<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to C-22-5137 YGR.

**IT IS SO ORDERED.**

Dated: October 16, 2025

                   JOSEPH C. SPERO
                   United States Magistrate Judge